**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ORTENCIA INES PINEDA CABALLERO, *individually and on behalf of others similarly situated,* <br><br> Plaintiffs, <br><br> -against- <br><br> FINGERS FACES & TOES CORP. (D/B/A FINGERS, TOES & NAILS), FINGERS TOES & NAILS CORP. (D/B/A FINGERS, TOES NAILS), MANI & PEDI SPA INC., GHUU CHOI, KIM MI UN, KIM UN, and DAHYUN (A.K.A. SANDY) LEE, <br><br> Defendants. | Case No. 17-cv-7449 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, as to Defendants Fingers Faces & Toes Corp. (d/b/a Fingers, Toes, Nails), Fingers Toes & Nails Corp. (d/b/a Fingers, Toes Nails), Un M. Kim (sued as Kim Mi Un and Kim Un), and Gyu H. Choi (sued as Ghuu Choi) and with each party to bear their own costs, expenses, disbursements, and attorneys' fees. *The Court retains jurisdiction to enforce the settlement agreement.* (LDW)

Dated: November 30, 2018
New York, New York

<table>
<tr><td>

Sara Isaacson, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiffs*
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: sisaacson@faillacelaw.com

</td><td>

12/3/18

Diane Lee, Esq.
The Law Office of Diane H. Lee, P.C.
158 Linwood Plaza, Ste 308
Fort Lee, New Jersey 07024
Tel: (201) 363-0101
dlee@dhllaw.com

</td></tr>
</table>

**SO ORDERED:**

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge